UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHEN HENDERSON, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 4:19-CV-1788 CAS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's motion to proceed in forma pauperis on appeal. For the following reasons, the motion will be denied.

Pursuant to 28 U.S.C. § 1915(a)(2), any motion to proceed on appeal without prepayment of the appellate filing fee must be accompanied by a "certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the . . . notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined."

Movant has not submitted with his motion a certified copy of his prison trust fund account statement, but instead has submitted a three-page "Inmate Inquiry." The inmate inquiry has not been certified and does not appear to have been obtained from "the appropriate [prison] official" as required by § 1915(a)(2). Moreover, based on the inmate inquiry, movant has a prison account balance of $1,430.20 and six months of deposits totaling $2,610.00. These amounts contradict movant's signed affidavit in support of his motion to proceed in forma pauperis, in which he states under penalty of perjury that he has no funds in his prison account and has not received any money within the past twelve months from any source.

Movant has not submitted a certified copy of his trust fund account statement as required by § 1915(a)(2) and the document he has submitted contradicts his allegation of poverty. For these reasons, movant's motion to proceed in forma pauperis on appeal is denied.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to proceed in forma pauperis on appeal is **DENIED**.  [Doc. 9]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 13th day of September, 2019.